**GERALD J. DI CHIARA**
ATTORNEY AT LAW
3 PARK AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10016

(212) 679-1958
FAX NO. (212) 689-3315

LAURA DI CHIARA, ESQ.

FEB 15 2012

February 6, 2012

Honorable Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201
Via fax (718)613-2623

Re: U.S. v. Michael Freeman
11 Cr 683 (NG)

Dear Magistrate Levy,

I am counsel to Michael Freeman, in the above matter. Upon the instruction and with the consent of P.O. Melissa Roman and AUSA Christina M. Posa, I respectfully hereby request that Mr. Freeman's travel restrictions be modified to permit him to travel to Pennsylvania, Massachusetts and Vermont. Mr. Freeman is currently permitted to travel to New Jersey, Connecticut and New York State.

Sincerely,
Gerald J. Di Chiara

So Ordered: s/RML
Magistrate Robert M. Levy
2/8/12

cc: AUSA Christina M. Posa
P.O. Melissa Roman