**GERALD J. DI CHIARA**
ATTORNEY AT LAW
3 PARK AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10016

(212) 679-1958
FAX NO. (212) 689-3315

LAURA DI CHIARA, ESQ.

May 2, 2012

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 4 - 2012 ★

**BROOKLYN OFFICE**

Honorable Judge James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, N.Y. 11201
Via fax (718)613-2623

Re:  U.S. v. Michael Freeman
     11 Cr 683 (NG)

*[Handwritten note:] The application is granted. This order shall take effect as soon as the docket reflects that each surety consents to the proposed modification of the conditions of release. s/JO USMJ 5/2/12*

Dear Magistrate Levy,

   I am counsel to Michael Freeman, in the above matter. Upon the instruction and with the consent of P.O. Melissa Roman and AUSA Christina M. Posa, I respectfully hereby request that Mr. Freeman's bail restrictions be modified to permit him to travel to Washington, D.C., driving through Delaware, Virginia, and Maryland, on Friday May 4th through Monday May 7th, and thereafter, to visit his friend, Bill Stern residing at 2801 New Mexico Avenue, Apt 1207, Washington, D.C., who, as we understand, is ill with Prostate Cancer, which he has recently been advised, has metastasized.

   Mr. Freeman is currently permitted to travel to Pennsylvania, Massachusetts, Vermont, New Jersey, Connecticut and New York State.

Sincerely,

*/s/ Gerald J. Di Chiara*
Gerald J. Di Chiara

So Ordered: _____
            Magistrate Robert M. Levy

cc:  AUSA Christina M. Posa/AUSA Anthony Capozzolo
     P.O. Melissa Roman