May 3, 2012

Hon. Michael L. Orenstein

U.S. Magistrate- Eastern District of New York

U.S. Courthouse

225 Cadman Plaza East

Brooklyn, New York 11201

Re: CR No. 11CR 683 (NG)

United States of America v. Wendell Walters,

Stevenson Dunn, Lee Hymowitz, Michael Freeman,

et al

Dear Magistrate Orenstein:

Pursuant to the consent provided to Michael M. Freeman by Melissa Roman, Pre-Trial Services Officer, we hereby consent to the bond modification of the bond and any modification made thereto, presently in place so as to allow Michael M. Freeman to travel through the states of Delaware, Maryland, the District of Columbia and if need be, Virginia to visit William Stern, a friend of Michael Freeman who is suffering from the effects of prostrate cancer. Mr. Freeman, during his visits with Mr. Stern will be staying at Mr. Stern's apartment located at 2801 New Mexico Avenue, N. W., Apt. 1201, Washington, D.C.

Mr. Freeman has requested that this bond modification be continued into the future for the purpose of allowing him to visit Mr. Stern in Washington, D.C. and to stay at his apartment during any visits he makes to visit with Mr. Stern upon dates to be agreed upon by Mr. Stern and Mr. Freeman.

These visits are the result of the metastasizing of Mr. Stern's prostate cancer to other areas of his body and Mr. Freeman's desire to spend some time with his friend of many years.

Thank you for your attention and consideration to this request.

BARBARA FREEMAN-SURETY

571 HUNT LANE

MANHASSET, NY 11030

FRANCESCA ROBUSTELLI
CO-SURETY

48 REVERE ROAD

MANHASEET, NY 11030